UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RICARDO JIMINEZ,

                               Plaintiff,

           -against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

------------------------------------------------------------------- x

**SUGGESTION OF DEATH OF DEFENDANT MICHAEL SERRANO UPON THE RECORD UNDER RULE 25(A)(1)**

23 Civ. 6751 (NRB)

**PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the truth of the following:

On September 19, 2023, in response to a subpoena duces tecum, the NYC Police Pension Fund, represented that the defendant, Michael Serrano, has passed away;

**WHEREFORE,** the New York City Law Department, Office of Corporation Counsel suggests upon the record that defendant Michael Serrano is deceased; and

2

**WHEREFORE**, the New York City Law Department, Office of Corporation Counsel hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days of this date.

Dated: New York, New York
September 21, 2023

                                                HON. SYLVIA O. HINDS-RADIX
                                                Corporation Counsel of the
                                                  City of New York
                                                *Attorney for Defendant City of New York*
                                                100 Church Street, Rm. 3-133(b)
                                                New York, New York 10007
                                                (212) 356-3519

By:    /s/ Mark D. Zuckerman
           MARK D. ZUCKERMAN
           Senior Counsel